Todd STECKELBERG, Plaintiff-Appellant

v.

Brad RICE, Colonel, in his individual capacity; Brenda Konfrst, Captain, in her individual capacity; Kevin Ryan, Lieutenant, in his individual capacity; Russ Stanczyck, Major, in his individual capacity; Craig Loveless, Lieutenant, in his individual capacity; The Nebraska State Patrol; Kevin Bridges, Lieutenant, in his individual capacity, Defendants-Appellees

No. 17-1823

United States Court of Appeals, Eighth Circuit.

Submitted: November 16, 2017

Filed: December 26, 2017

Rehearing and Rehearing En Banc Denied February 16, 2018*

Joy Shiffermiller, Shiffermiller Law Office P.C. L.L.O., Lincoln, NE, for Plaintiff-Appellant.

Stephanie Anne Caldwell, David A. Lopez, Assistant Attorneys General, Attorney General's Office, Lincoln, NE, for Defendants-Appellees.

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

PER CURIAM.

The district court[1] dismissed Todd Steckelberg's complaints for failure to state a claim. Steckelberg v. Rice, 184 F.Supp.3d 746, 759 (D. Neb. 2016), incor-

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

*porated in* Order, No. 4:15-CV-3069 (D. Neb. Mar. 24, 2017) (Doc. No. 23). He appeals. After reviewing the record and arguments for reversal, this court concludes that dismissal was proper. *See Kruger v. Nebraska*, 820 F.3d 295, 301 (8th Cir. 2016) (de novo review). As the district court ruled in its thorough and well-reasoned opinions, the complaints fail to state a claim under federal or Nebraska law. *See Steckelberg*, 184 F.Supp.3d at 754-59 *and* Order at 2-5, *discussing* U.S Const. amends. I, XIV; 42 U.S.C. §§ 1983, 1985(2); Neb. Rev. Stat. § 48-217; Neb. Const. art. XV, § 13. Further discussion would have no precedential value. Having jurisdiction under 28 U.S.C. § 1291, the judgment is affirmed. *See* 8th Cir. R. 47B.